*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

Celedonio Rosarioo, Raul
Plaintiff

Case No.   3:26-cv-00913

VS.
Brian Acuna, et al.,
Defendant

Judge   Van Hook
Magistrate Judge   McCluksy

**ORDER**

IT IS ORDERED that _____Stephen Santucci_____ be and is hereby admitted to the bar of this Court pro hac vice on behalf of _____Raul Celedonio Rosarioo_____ in the above described action.

SO ORDERED on this, the __26th__ day of __March__ 2026.

_____
U.S. Magistrate Judge