# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

RAUL JUNIOR CELEDONIO ROSARIO          CIVIL ACTION NO. 26-913

VERSUS                                 JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA, ET AL.                    MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Objections to Report and Recommendation, Record Document 10, are **SUSTAINED**, and the Court declines to adopt the Report and Recommendation, Record Document 9.

**IT IS FURTHER ORDERED** that this matter is **STAYED**;

**IT IS FURTHER ORDERED** that counsel shall **NOTIFY** the Court within three days of issuance of the opinion in *Sosnava Rodriguez* or of another material change in circumstance, including removal of the Petitioner;

**IT IS FUTHER ORDERED** that the Motion to Expedite Consideration of Petition for Writ of Habeas Corpus, Record Document 12, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 17th day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

1